June 29, 2015

Dear Clerk,

Please find my nunc pro tinc motion enclosed. Please file this motion in accordance with all applicable laws and in consideration that I am a pro se litigant and am unfamiliar with "sepcific" rules that may apply. Please grant liberal construction on these pleadings as well as prior pleadings. Thank You for Your time and attention in this matter.

Sincerely,

*Patrick Guillory* , 6/29/2015
Patrick Sherard Guillory         (date)

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 02 2015

Abel Acosta, Clerk


FILED IN
COURT OF CRIMINAL APPEALS

JUL 02 2015

Abel Acosta, Clerk

IN THE

COURT OF CRIMINAL APPEALS

OF TEXAS

| | | |
|---|---|---|
| PATRICK SHERARD GUILLORY | § | |
| V. | § | PD-0163-15 |
| THE STATE OF TEXAS | § | £Tr.Ct.No.1340306· |

---

## MOTION FOR LEAVE TO CORRECT PRO SE PLEADINGS
## NUNC PRO TUNC

---

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Comes Now, PATRICK SHERARD GUILLORY proceeding pro se, in this his motion for leave to correct pro se pleadings nunc pro tunc, due to the pleadings being rejected bⅰⅼ the Clerk of the Court of Criminal Appeals for noncompliance with T.R.A.P. 79.2(c). And would show the following:

### CAUSE AND PREJUDICE

Petitioner has GOOD CAUSE to show that the Honorable Clerk of this Court of Criminal Appeals, has ABUSED HIS DISCRETION, in rejecting petitioner's timely Motion for Rehearing W/Leave to Amend his Original Petition for Discretionarⅰⅼ Review. As a result, a valid and significant issue regarding the unlawful application of the "Law of Parties" bⅰy the Texas Courts of Appeals remains unchecked, which prejudices the rights of the petitioner in this action, as well as affecting all cases wher the alleged actions of one individual are combined with the actions of another individual, to meet the burden of proof which is necessarⅰy to obtain and maintain a conviction under Texas Law.

### ARGUMENT AND AUTHORITIES SUPPORTING
### ALLEGED ABUSE OF DISCRETION BY COURT CLERK

" Courts as a matter of policy should read generousⅼⅼ and give liberal construction to pro se pleadings." United States ex rel. Montgomerⅰ v Brierleⅰ, 414 F.2d 552,555 (3rd Cir.1969).

1·

Because the grounds for reheAring address the unlawful application of the "Law of Parties" by the Texas Courts of Appeals, it is, and was, grounded on "Significant Circumstances", if in fact, the lawful application of law in the administration of justice, qualifies as "significant" ?

Upon the plain reading of T.R.A.P.79.2(c), the action of "certifying the motion", appears to apply to persons deemed "counsel." In this case petitioner is a pro se litigant who is neither a lawyer or paralegal and cannot be desrcibed as "counsel." It is not proper for the clerk to "reject" a pro se pleading when the subject matter is significant, even though it has not been certified by counsel. The subject matter of the Motion for Rehearing raises significant questions on the application of the Law of parties in deciding whether there is sufficient evidence to support a conviction, when sufficiency is determined by "combining" the actions of one or more parties to establish proof beyond a reasonable doubt. This is a Capital Murder conviction with a sentence of Life without parole and, this question of law potentially affects the way appeals courts decide cases involving Capital Murder with the death penalty as punishment.

### T.R.A.P. 79.2(c) CERTIFICATION
### TO CORRECT MOTION FOR REHEARING

I PATRICK SHERARD GUILLORY, DO HERBY CERTIFY, that the contents of the Motion for Rehearing are significant to the lawful administration of justice and a failure to address the issues raised in the Motion for Rehearing would result in a complete miscarriage of justice. I further certify that this motion for rehearing is not presnted to the Court for the purpose of delay.

### PRAYER

Petitioner herein prays that this Honorable Court will grant his Motion to correct pro se pleadings, and accept the above certification, and further order that the Motion for Rehearing be filed nunc pro tunc and reviewed on it's merits.

Respectfully,

Patrick Guillory

2.

## INMATE DECLARATION

I PATRICK SHERARD GUILLORY, do hereby swear under penalty of perjury that the foregoing Motion for Leave to Correct Pro Se Pleadings Nunc Pro Tunc, is true and correct to the best of my knowledge.

Signed this 29th day of June ,2015

Patrick Sherard Guillory

## CERTIFICATE OF SERVICE

I hereby certifll that a true and correct copy of the foregoing motion has been sent to the State's Attornelly at P.O. Box 12405, Austin, TX 78711 postage prepaid through the prison mail system.

3.